**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jeffrey FRIEDLANDER, Defendant–
Appellant.**

**No. 10–14942
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 28, 2011.

Judy K. Hunt, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

David G. Secular, Federal Public Defender's Office, Tampa, FL, Benjamin Singerman, Office of the Federal Defender, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Jeffrey Friedlander, Jesup, GA, pro se.

Before EDMONDSON, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Benjamin Singerman, appointed counsel for Jeffrey Friedlander, in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant, because counsel believes that the appeal is without merit. Counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues of merit, counsel's motion to withdraw is **GRANTED**, and Friedlander's convictions and sentences are **AFFIRMED**.